UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SERVICES, INC.,

       Plaintiff,

v.

ANTHONY D. KIM,

       Defendant.

Case No. 2:16-cv-10169-GCS-MKM

Hon. George Caram Steeh

Magistrate Judge Mona K. Majzoub

_____

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Employment Application/Agreement dated July 6, 2004 |
| Exhibit B | Anthony Kim, LinkedIn Page |
| Exhibit C | About Randstad Page |
| Exhibit D | Affidavit of Maureen Goodin |
| Exhibit E | - *Kelly Services, Inc v Eidnes*, 530 F Supp 2d 940 (ED Mich 2008)<br>- *Kelly Services, Inc v Marzullo*, 591 F Supp 2d 924 (ED Mich 2008)<br>- *Kelly Services, Inc v Noretto*, 495 F Supp 2d 645 (ED Mich 2007) |
| Exhibit F | Order to Show Cause and Ex Parte Temporary Restraining Order, January 7, 2016 |