# Exhibit F

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/efiling.

Received for Filing Oakland County Clerk 2016 JAN 07 AM 10:55

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

KELLY SERVICES, INC.,

    Plaintiff,

v

ANTHONY D. KIM,

    Defendant.

Case No. 16-150909-CB-CK

Hon. JUDGE ALEXANDER

McDONALD HOPKINS PLC
By: James J. Boutrous II (P53710)
    Maxwell J. Goss (P78594)
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
(248) 220-1355
(248) 646-5075 Fax
jboutrous@mcdonaldhopkins.com
mgoss@mcdonaldhopkins.com
**Attorneys for Plaintiff**

**ORDER TO SHOW CAUSE AND
EX PARTE TEMPORARY RESTRAINING ORDER**

At a session of this Court held in the City of Pontiac, County of Oakland, State of Michigan on: JAN 07 2016

PRESENT: HON. JUDGE JAMES M ALEXANDER

The Court having reviewed Plaintiff Kelly Services, Inc.'s ("Kelly") Verified Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, and Brief in Support thereof, and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED THAT:**

{4524600:}

(A) On **January 27, 2016**, at **8:30AM**, Defendant Anthony D. Kim ("Kim") shall appear before this Court to show cause why a Preliminary Injunction ordering the relief set forth below should not be issued.

(B) Defendant Kim is temporarily restrained and enjoined, directly or indirectly:

1) From working for, or acting as, an employee, partner, stockholder, investor, owner, director, agent, or consultant for a competitor of Kelly, including, but not limited to, Randstad Sourceright USA ("Randstad"), until further Order of this Court;

2) From soliciting or performing services for any Kelly customer or client for a competing business, including, but not limited to, Randstad, until further Order of this Court;

3) From soliciting or being involved in the recruitment or hire of any Kelly employee for a competing business, including, but not limited to, Randstad, until further Order of this Court; and

4) From using or disclosing any of Kelly's confidential, proprietary or trade secret information or property.

(C) That Kim be ordered in the form of a mandatory preliminary injunction to immediately return all Kelly property to Kelly, including all originals and copies of tangible property, proprietary documents, trade secrets, confidential information, discs, notes, client files, client information, employment information, business development information, request for proposal, request for bid, client correspondence, meeting minutes, notes of site visits, marketing data, prospect meeting data, proposals, faxes, financial information, pricing, contracts, marketing brochures, marketing database, marketing plans, costs, customer lists, customer information, internal weaknesses, prospect lists, client lists, employee lists, alliance relationships, competitive bid information, client contact lists, sales leads, prospective employee lists, business plans, profit, margin, and forecasting information, strategic planning, project costs, vendor information and contracts, and any other Kelly data whether kept in hard copy or electronic form;

(D) Kim shall preserve all evidence, whether in hard copy or electronic form, which in any way relates to the claims made in this case.

(E) The Court is satisfied based on the evidence presented that it clearly appears from the Verified Complaint that immediate and irreparable injury, loss or damage will result to Kelly, should this Temporary Restraining Order not issue. The evidence further demonstrates that Kelly stands to lose its employees, clients and customers, confidential, proprietary and trade secret information, the goodwill and referral business of its clients and customers, and revenues in an amount that cannot be readily ascertained. Kelly is also faced with the substantial risk that Kim will unlawfully use Kelly's client and customer information and trade secrets to Kelly's competitive disadvantage. Such anticipated losses constitute irreparable harm in that they are so indefinite and speculative as to be incapable of exact proof.

Received for Filing Oakland County Clerk 2016 JAN 07 AM 10:55

(F)  The Court is satisfied, based on the evidence presented, that Kelly is not required to post a bond pursuant to MCR 3.310(D)(1) and (2).

(G)  In connection with same, Defendant Kim must file and serve responsive papers and briefs by __4:30pm__ a.m. / p.m. on __1/20/16__.

(H)  Plaintiff Kelly may file and serve any reply papers and briefs by __4:30 pm__ a.m. / p.m. on __1/25/16__.

(I)  This Order shall remain in effect until further Order of this Court.

(J)  Plaintiff must praecipe the Show Cause date.
**IT IS SO ORDERED.**

/s/James M. Alexander
Oakland County Circuit Court Judge

AM

{4524600:}

Received for Filing Oakland County Clerk 2016 JAN 07 AM 10:55